# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Fisher Scientific | 11/28/2022 | 266289 | Check | $ 27,532.41 |
| Akorn Operating Company, LLC | Fisher Scientific | 12/7/2022 | 266400 | Check | $ 31,523.34 |
| Akorn Operating Company, LLC | Fisher Scientific | 12/16/2022 | 266559 | Check | $ 14,747.95 |
| Akorn Operating Company, LLC | Fisher Scientific | 1/6/2023 | 266915 | Check | $ 194,634.05 |
| Akorn Operating Company, LLC | Fisher Scientific | 2/3/2023 | 267118 | Check | $ 30,360.04 |
| Akorn Operating Company, LLC | Fisher Scientific | 2/8/2023 | 267176 | Check | $ 11,664.21 |
| Akorn Operating Company, LLC | Fisher Scientific | 2/8/2023 | 267288 | Check | $ 23,514.03 |
| Akorn Operating Company, LLC | Fisher Scientific | 2/13/2023 | 267345 | Check | $ 67,624.14 |
|  |  |  |  |  | $ 401,600.17 |